

# FORT WORTH®

## DEVELOPMENT SERVICES DEPARTMENT

### TARRANT COUNTY GAME ROOM LICENSE

LICENSE NUMBER: TGR24-0002     NUMBER OF MACHINES: 30

DATE REGISTERED: 03/13/2024     EXPIRATION DATE: 03/13/2025

LOCATION ADDRESS: 2400 MEACHAM BLVD

OWNER NAME: AZMI ELQUTOB

NAME OF BUSINESS: CLOUD DREAMS

CORPORATION NAME (IF APPLICABLE): MEACHAM TOBACCO INC.

DISTANCE EXEMPTION APPROVAL: YES / ☑NO

I HEREBY AFFIRM THAT ALL OF THE CONTENTS OF THE APPLICATION, AND THE MATERIAL PRESENTED ABOVE, ARE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY AS DEFINED BY SECTION 37.02 OF THE TEXAS PENAL CODE. ADDITIONALLY, ANY MISREPRESENTATION BY THE APPLICANT ON HIS/HER APPLICATION IS A THIRD (3RD) DEGREE FELONY OFFENSE AS DEFINED BY SECTION 37.10 OF THE TEXAS PENAL CODE.

GAME ROOM PERMIT ADMINISTRATOR: EVAN ROBERTS

TITLE: BUILDING ADMINISTRATOR

FOR ENFORCEMENT QUESTIONS, CONTACT THE CODE COMPLIANCE DEPARTMENT AT

817-392-1234.

DEVELOPMENT SERVICES DEPARTMENT
CITY OF FORT WORTH | 200 TEXAS STREET | FORT WORTH, TEXAS 76102 8311
CUSTOMER SERVICE 817 392 2222



more than $5.00 on a play. see Section 47.
Please report all suspected violations to C

amusement only. It is
on 47.

**2024**
CITY OF
FORT WORTH, TEXAS
1378
**COIN OPERATED
AMUSEMENT MACHINE
PERMIT
EXPIRES DEC. 31, 2024**
NON-TRANSFERABLE
DISPLAY ON MACHINE

ISSUANCE OF THIS STAMP DOES NOT
LEGALIZE THE POSSESSION OR
OPERATION OF ANY MACHINE THAT IS
IN VIOLATION OF STATE LAW

STATE OF T
20
6725



**FORT WORTH.**    **2024-0064**

## AMUSEMENT MACHINE DECAL

Machine Serial Number: _24000 21_

Location Address: _2400 MEACHAM BLVD_

Permit Number (PO/PB): _PO20-02313_

TGR# _24-0002_          AM# _N/A_

TGR Expiration Date: _13 MAR 2025_

This Machine is for amusement only. It is unlawful for the proprietor to pay out more than $5.00 on a play, see Section 47.01 Texas Penal Code. Please report all suspected violations to Code Compliance at 817-392-1234.

**2024**
CITY OF
FORT WORTH, TEXAS
1378
**COIN OPERATED**
**AMUSEMENT MACHINE**
**PERMIT**
EXPIRES DEC. 31, 2024
NON-TRANSFERABLE
DISPLAY ON MACHINE

672573



FORT WO'  H.

CITY OF FORT WORTH - PLANNING AND DEVELOPMENT DEPARTMENT

## CERTIFICATE OF OCCUPANCY

Street Address: **2400  MEACHAM BLVD  Ste/Unit 120**

Date: **01/24/2020**

Legal Description: **I-35 BUSINESS PARK Block 4 Lot 2**

Upon reviewing the City of Fort Worth Zoning records on the date of application, it was determined the above land is zoned **K**.
Permitted Land Use per Building Code: **Sales and Service - Retail Store**

### BUILDING USE

Permit No. **PB19-14911**

I have inspected this (building) (room) (area) and find that as defined by the City of Fort Worth Building Code and when used by such Occupancy Classification, will comply with all pertinent laws and ordinances.  (Annotate high-piled combustible storage as -H.)  The property will have the following classification:

| Occ Class | Const Type | Square Feet | Occ Load | Use Description |
|---|---|---|---|---|
| M | VB | 0 | 0 | ADDING WALL |
| M | VB | 625 | 20 | RETAIL (SECONDARY) |
| S-1 | VB | 920 | 4 | STORAGE |
| M | VB | 0 | 0 | 20 AMUSEMENT MACHINES |

**Occupant:** CLOUD DREAMS

**Owner:** CHOI, SOO YOUNG

2400 MEACHAM BLVD STE C

FORT WORTH, TX  76106

**Legal nonconforming:**  No

**LNC Approved by:**

**Building Official:** Alison Gray

**Code Compliance Approval:**

**Issued By:** J. BUCHANAN / E. ALONZO

The City of Fort Worth cannot and does not in any way represent, advise, or guarantee that your compliance with the building code will prevent liability for violations of the American with Disabilities act.

The Building Code requires that this certificate be posted in a conspicuous place on the premises.

SA 1/24/2020

Exhibit 5

CITY OF FORT WORTH - PLANNING AND DEVELOPMENT DEPARTMENT

## CERTIFICATE OF OCCUPANCY

Address: 2200 MILLER AVE

Date: 05/27/2021

Description: **DIAMOND ADDITION Block 1 Lot 1**

eviewing the City of Fort Worth Zoning records on the date of application, it was determined the above land is zoned PD.
ed Land Use per Building Code: **Assembly - Gaming Center**

### BUILDING USE

No. PO20-03134

inspected this (building) (room) (area) and find that as defined by the City of Fort Worth Building Code and when used by such Occupancy
ication, will comply with all pertinent laws and ordinances. (Annotate high-piled combustible storage as -H.) The property will have the following
cation:

| Occ Class | Const Type | Square Feet | Occ Load | Use Description |
|---|---|---|---|---|
| A-3 | VB | 1000 | 67 | Gameroom 30 machines |
| M | VB | 1910 | 32 | retail |
| F-1 | VB | 90 | 1 | kitchen/fast food |

ant: Miller Grocery & Grill Game Room

: SAMEERAQ INC

VON CT

FIELD,, TX  76063

nonconforming: No

pproved by:

Building Official: Allison Gray

Code Compliance Approval:

Issued By: JOE SIGMON

ty of Fort Worth cannot and does not in any way represent, advise, or guarantee that your compliance with the building code will prevent liability for
ns of the American with Disabilities act.

The Building Code requires that this certificate be posted in a conspicuous place on the premises.



**2024**
CITY OF
FORT WORTH, TEXAS
**1431**

COIN OPERATED
AMUSEMENT MACHINE
PERMIT
EXPIRES DEC. 31, 2024

NON-TRANSFERABLE
DISPLAY ON MACHINE

ISSUANCE OF THIS STAMP DOES NOT
LEGALIZE THE POSSESSION OR
OPERATION OF ANY MACHINE THAT IS
IN VIOLATION OF STATE LAW

**FORT WORTH.**     **2024-0098**

## AMUSEMENT MACHINE DECAL

Machine Serial Number: 2502020

Location Address: 2502 Refugio Ave

Permit Number (PO/PB): PO21-01166

TGR# 24-0006                          AM# _____

TGR Expiration Date: 3/14/2025

*This Machine is for amusement only. It is unlawful for the proprietor to pay out
more than $5.00 on a play, see Section 47.01 Texas Penal Code.
Please report all suspected violations to Code Compliance at 817-392-1234.*

# FORT WORTH®

## DEVELOPMENT SERVICES DEPARTMENT

### TARRANT COUNTY GAME ROOM LICENSE

LICENSE NUMBER: TGR24-0007

DATE REGISTERED: 3/21/24        NUMBER OF MACHINES: 30        EXPIRATION DATE: 3/21/25

LOCATION ADDRESS: 4146 Miller Ave

OWNER NAME: Ibrahim Ghali

NAME OF BUSINESS: Eden Food Mart

CORPORATION NAME (IF APPLICABLE): _____

DISTANCE EXEMPTION APPROVAL: Yes / No

I HEREBY AFFIRM THAT ALL OF THE CONTENTS OF THE APPLICATION, AND THE MATERIAL PRESENTED ABOVE, ARE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY AS DEFINED BY SECTION 37.02 OF THE TEXAS PENAL CODE. ADDITIONALLY, ANY MISREPRESENTATION BY THE APPLICANT ON HIS/HER APPLICATION IS A THIRD (3RD) DEGREE FELONY OFFENSE AS DEFINED BY SECTION 37.10 OF THE TEXAS PENAL CODE.

GAME ROOM PERMIT ADMINISTRATOR: Evan Roberts

TITLE: Building Administrator

Staff Signature: _____

FOR ENFORCEMENT QUESTIONS, CONTACT THE CODE COMPLIANCE DEPARTMENT AT 817-392-1234.



Exhibit 5

and/or tobacco products business in the classification, as shown for the period indicated, subject to the provisions of TEX. TAX CODE ANN. Ch. 154 and 155.

GLENN HEGAR
Comptroller of Public Accounts



FORT WORTH.

CITY OF FORT WORTH - DEVELOPMENT SERVICES DEPARTMENT

## CERTIFICATE OF OCCUPANCY

Street Address: **4146 MILLER AVE**                                         Date: 02/05/2021

Legal Description: **MARLER SUBDIVISION Block 8 Lot 3AR**

Upon reviewing the City of Fort Worth Zoning records on the date of application, it was determined the above land is zoned E.
Permitted Land Use per Building Code: **Assembly - Gaming Center**

### BUILDING USE

Permit No. **PO21-00003**            CO Generated From:

I have inspected this (building) (room) (area) and find that as defined by the City of Fort Worth Building Code and when used by such Occupancy Classification, will comply with all pertinent laws and ordinances. (Annotate high-piled combustible storage as -H.)  The property will have the following classification:

| Occ Class | Const Type | Square Feet | Occ Load | Use Description |
|---|---|---|---|---|
| A-3 | VB | 1500 | 100 | GAME ROOM/30 Machines |

Occupant: Eden Food Mart                                     Building Official: Alison Gray

Owner: PANGOPOULOS, STRATIGO COULA                 Code Compliance Approval:

5200 WHITE SETTLEMENT RD                              Issued By: Michael Carranza

WEATHERFORD TX  76087-6, 20   760876820

Legal nonconforming: Å No

LNC Approved by:

The City of Fort Worth cannot and does not in any way represent, advise, or guarantee that your compliance with the building code will prevent liability for violations of the American with Disabilities act.

The Building Code requires that this certificate be posted in a conspicuous place on the premises.



# FORT WORTH®

## DEVELOPMENT SERVICES DEPARTMENT

## TARRANT COUNTY GAME ROOM LICENSE

LICENSE NUMBER: Tgr24-0006      NUMBER OF MACHINES: 30

DATE REGISTERED: 3/14/2024      EXPIRATION DATE: 3/14/2025

LOCATION ADDRESS: 2502 Refugio Ave

OWNER NAME: Abdelerahman Abdelaziz k

NAME OF BUSINESS: Mr.J

CORPORATION NAME (IF APPLICABLE): _____

DISTANCE EXEMPTION APPROVAL: Yes / No

I HEREBY AFFIRM THAT ALL OF THE CONTENTS OF THE APPLICATION, AND THE MATERIAL PRESENTED ABOVE, ARE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY AS DEFINED BY SECTION 37.02 OF THE TEXAS PENAL CODE. ADDITIONALLY, ANY MISREPRESENTATION BY THE APPLICANT ON HIS/HER APPLICATION IS A THIRD (3RD) DEGREE FELONY OFFENSE AS DEFINED BY SECTION 37.10 OF THE TEXAS PENAL CODE.

GAME ROOM PERMIT ADMINISTRATOR: Tammy Lewis

TITLE: Game Machines

Staff Signature: _____

FOR ENFORCEMENT QUESTIONS, CONTACT THE CODE COMPLIANCE DEPARTMENT AT 817-392-1234.

DEVELOPMENT SERVICES DEPARTMENT
CITY OF FORT WORTH | 200 TEXAS STREET | FORT WORTH, TEXAS 76102-6311
CUSTOMER SERVICE 817-392-2222

Exhibit 5



FORT WORTH.

CITY OF FORT WORTH - DEVELOPMENT SERVICES DEPARTMENT

## CERTIFICATE OF OCCUPANCY

Street Address: 2502 REFUGIO AVE

Date: 08/27/2021

Legal Description: ELLIS, M G ADDITION Block 27 Lot 23 & 24

Upon reviewing the City of Fort Worth Zoning records on the date of application, it was determined the above land is zoned E.
Permitted Land Use per Building Code: **Assembly - Gaming Center**

### BUILDING USE

Permit No. PO21-01166        CO Generated From:

I have inspected this (building) (room) (area) and find that as defined by the City of Fort Worth Building Code and when used by such Occupancy
Classification, will comply with all pertinent laws and ordinances. (Annotate high-piled combustible storage as -H.) The property will have the following
classification:

| Occ Class | Const Type | Square Feet | Occ Load | Use Description |
|---|---|---|---|---|
| A-3 | VB | 891 | 19 | primary use game room |
| M | VB | 298 | 17 | secondary use mercantile and accessory areas |

Building Official: Allison Gray

Code Compliance Approval:

Issued By: kent nowland/js

Occupant: Mr J

Owner: ABDELRAHMAN, ABDELAZIZ K

2502 REFUGIO AVE

FORT WORTH., TX  76164

Legal nonconforming: Å No

LNC Approved by:

The City of Fort Worth cannot and does not in any way represent, advise, or guarantee that your compliance with the building code will prevent liability for
violations of the American with Disabilities act.
The Building Code requires that this certificate be posted in a conspicuous place on the premises.

CITY OF FORT WORTH - PLANNING AND DEVELOPMENT DEPARTMENT

## CERTIFICATE OF OCCUPANCY

Address: 2200 MILLER AVE

Date: 05/27/2021

Description: DIAMOND ADDITION Block 1 Lot 1

eviewing the City of Fort Worth Zoning records on the date of application, it was determined the above land is zoned PD.
ed Land Use per Building Code: **Assembly - Gaming Center**

### BUILDING USE

No. PO20-03134

inspected this (building) (room) (area) and find that as defined by the City of Fort Worth Building Code and when used by such Occupancy
ication, will comply with all pertinent laws and ordinances. (Annotate high-piled combustible storage as -H.) The property will have the following
cation:

| Occ Class | Const Type | Square Feet | Occ Load | Use Description |
|---|---|---|---|---|
| A-3 | VB | 1000 | 67 | Gameroom 30 machines |
| M | VB | 1910 | 32 | retail |
| F-1 | VB | 90 | 1 | kitchen/fast food |

ant: Miller Grocery & Grill Game Room

: SAMEERAQ INC

VON CT

FIELD,, TX  76063

nonconforming:  No

pproved by:

Building Official: Allison Gray

Code Compliance Approval:

Issued By: JOE SIGMON

ty of Fort Worth cannot and does not in any way represent, advise, or guarantee that your compliance with the building code will prevent liability for
ns of the American with Disabilities act.

The Building Code requires that this certificate be posted in a conspicuous place on the premises.



**2024**
CITY OF
FORT WORTH, TEXAS
**1268**
COIN OPERATED
AMUSEMENT MACHINE
PERMIT
EXPIRES DEC. 31, 2024
NON-TRANSFERABLE
DISPLAY ON MACHINE

ISSUANCE OF THIS STAMP DOES NOT
LEGALIZE THE POSSESSION OR
OPERATION OF ANY MACHINE THAT IS
IN VIOLATION OF STATE LAW

FORT WORTH.    2024-0

AMUSEMENT MACHINE DECAL

Machine Serial Number: 220015
Location Address: br 2200 Miller Ave, Ft Worth, TX
Permit Number (PO/PB): P020-03134
TGR# TGR24-0001    AM#
TGR Expiration Date: 03/04/25

This Machine is for amusement only. It is unlawful for the proprietor to pa
more than $5.00 on a play, see Section 47.01 Texas Penal Code.
Please report all suspected violations to Code Compliance at 817-392-1234



STATE OF TEXAS
**20** **24**

THIS CERTIFIES THAT THE STATE OCCUPATION
TAX HAS BEEN PAID IN ACCORDANCE WITH THE
PROVISIONS OF TEXAS OCCUPATIONS CODE
CHAPTER 2153. COIN-OPERATED MACHINES

PERMIT

**608059**

TEXAS COMPTROLLER
OF PUBLIC ACCOUNTS
THIS PERMIT EXPIRES
DECEMBER 31, 2024